IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EDWARD THOMPSON JR., § § *Plaintiff*, § § v. § § VETERANS UNITED HOME LOANS; § PLANET HOME LENDING, LLC; § SCOTT R. VALB, Substitute Trustee; and § JOHN DOES 1-10, § § *Defendants*. § | CIVIL ACTION NO. 4:25-CV-00545-MJT-CLS |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On October 9, 2025, Judge Stetson recommended dismissing this action under Federal Rule of Civil Procedure 4(m), which mandates dismissal when a party fails to timely effect service of process. [Dkt. 32]. Plaintiff did not object to the recommendation. Accordingly, it is ADOPTED. The clerk of court is ordered to DISMISS this action without prejudice pursuant to Rule 4(m). A final judgment will be entered.

**SIGNED this 28th day of October, 2025.**

_____
Michael J. Truncale
United States District Judge